[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-12546
Non-Argument Calendar
_____

D. C. Docket No. 3:14-cv-00379-BJD,
Bkcy No. 3:13-bk-03686-PMG

BANK OF AMERICA, N.A.,

Plaintiff-Appellant,

versus

ERIC M. BEURSKEN,
MELODY L. BEURSKEN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 7, 2015)

Before WILSON, ROSENBAUM, and ANDERSON, Circuit Judges.

PER CURIAM:

Bank of America, N.A., appeals from the district court's affirmance of an

order from the bankruptcy court stripping Bank of America's second-priority mortgage lien on Eric and Melody Beursken's residential property in a Chapter 7 bankruptcy proceeding.  We held the case in abeyance, pending the Supreme Court's decision in *Bank of America, N.A. v. Caulkett*, 575 U.S. __, 135 S. Ct. 1995 (2015).  After that decision issued, Bank of America moved for lift of the stay and summary reversal.  Pursuant to Fed.R.App.P. 27(a)(3)(A) and 26(c), the Beurskens' time to respond to that motion has expired.  Following the lead of another panel of this Court that remanded to the district court for further proceedings, we vacate the district court's judgment in this case and remand to the district court for further proceedings.  *See Bank of Am., N.A. v. Waits*, __ F.3d __ (July 16, 2015).

VACATED AND REMANDED.